AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Braulio A. Garcia-Vizcarra,<br>a.k.a.: Braulio A. Garcia Vizcarra,<br>a.k.a.: Braulio Garcia-Vizcarra,<br>(A 088 358 955)<br>*Defendant* | Case No. 16-497 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 12, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Braulio A. Garcia-Vizcarra, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about July 8, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Brandon Brown, AUSA for SAUSA David C. Whipple

☒ Continued on the attached sheet.

*Complainant's signature*

Luis E. Teran,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 13, 2016

*Judge's signature*

City and state: Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Luis E. Teran, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 12, 2016, while following a lead, the Phoenix ICE Priority Enforcement Program (PEP) and ICE Special Response Team (SRT), encountered Braulio A. Garcia-Vizcarra while executing a search warrant at West Indian School in Phoenix, Arizona. PEP and SRT officers interviewed Garcia-Vizcarra on scene and determined him to be a citizen of Mexico, illegally present in the United States. On October 13, 2016, Garcia-Vizcarra was transported to the Phoenix ICE office for further investigation and processing. Garcia-Vizcarra was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Braulio A. Garcia-Vizcarra to be a citizen of Mexico and a previously deported criminal alien. Garcia-Vizcarra was removed from the United States to Mexico through Nogales, Arizona, on or about July 8, 2012, pursuant to the reinstatement of an order of removal issued by an immigration judge.

1

There is no record of Garcia-Vizcarra in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Garcia-Vizcarra's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Braulio A. Garcia-Vizcarra was convicted of Re-Entry after Deportation, a felony offense, on January 4, 2012, in the United States District Court, District of Arizona. Garcia-Vizcarra was sentenced to ten (10) months' imprisonment. Garcia-Vizcarra's criminal history was matched to him by electronic fingerprint comparison.

5. On October 13, 2016, Braulio A. Garcia-Vizcarra was advised of his constitutional rights. Garcia-Vizcarra freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 12, 2016, Braulio A. Garcia-Vizcarra, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about July 8, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply

for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Luis E. Teran,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 13th day of October, 2016.

_____
Michelle H. Burns,
United States Magistrate Judge