JOHN S. LEONARDO
United States Attorney
District of Arizona
DAVID C. WHIPPLE
Special Assistant U.S. Attorney
Idaho State Bar No. 7725
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: David.Whipple@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-16-1404-PHX-DGC |
|---|---|
| Plaintiff, | Mag. No. 16-00497 |
| v. | **INFORMATION** |
| Braulio A. Garcia-Vizcarra, a.k.a.: Braulio A. Garcia Vizcarra, a.k.a.: Braulio Garcia-Vizcarra, | VIO: 8 U.S.C. § 1326(a) and (b)(1) (Reentry of Removed Alien) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

On or about October 12, 2016, at or near Phoenix, in the District of Arizona, BRAULIO A. GARCIA-VIZCARRA, an alien, was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about July 8, 2012, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

Dated this 10th day of November, 2016.

JOHN S. LEONARDO
United States Attorney
District of Arizona

DAVID C. WHIPPLE
Special Assistant U.S. Attorney